PRETRIAL REPORT AND ORDER


DATE PRETRIAL HELD:  November 21, 2002        NO.  02-3697

CASE CAPTION: MAYLE
                  V
              KNAUER


1.  TRIAL COUNSEL            FOR PLAINTIFF: PRO SE

                            FOR DEFENDANT: T. LORENZ
                                           D. ZASLOW


2.  STATUS OF CASE:   COURT WILL ISSUE RULE TO SHOW CAUSE
RETURNABLE 1/13/03 RE DISMISSAL.  COUNSEL ARE DIRECTED TO SEND
DISPOSITIVE MOTIONS TO PLAINTIFF'S PAROLE OFFICER.



3.  TRIAL DATE:

4.  JURY/NONJURY:

5.  PRETRIAL MEMORANDA AND POINTS FOR CHARGE OR PROPOSED FINDINGS
    OF FACT AND CONCLUSIONS OF LAW:

          PLAINTIFF   :
          DEFENDANT(S):

NOTE:  ALL DOCUMENTS, PHOTOS, ETC. ARE TO BE MARKED BEFORE TRIAL
       AND A COPY GIVEN TO OPPONENT(S), OR OPPONENT(S) BE ALLOWED
       TO COPY THEM.

POINTS FOR CHARGE ARE TO BE SUBMITTED IN DUPLICATE - EACH POINT
ON A SEPARATE PAGE.

Copy forwarded to counsel listed above.


                      SO ORDERED:



                      _____
                          CHARLES R. WEINER