IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE MAYLE0 | : | |
| | : | |
| V. | : | C.A. NO. 2-3697 |
| | : | |
| MS. KNAUER, ET AL. | : | |

WEINER, J.                                        November 21, 2002

## **<u>ORDER</u>**

A Rule is hereby imposed upon plaintiff George Mayle to show cause why this action should not be dismissed for want of prosecution. Plaintiff has failed to respond to the dispositive motions filed by the defendants and failed to appear for the court's pre-trial conference.

A hearing on this Rule shall take place on January 13, 2003 at 10:00 a.m. in Courtroom 6B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

IT IS SO ORDERED.

_____
CHARLES R. WEINER